AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| JOSE AMADOR, MARIO SANTOS, EVER SERRANO, ANGEL MORA, MARCOS MARTINEZ, HENRI CHAVEZ, JOSE ALFARO, KEISSON VILLANUEVA, GORGI SANTELLI, NICHOLAS CALLEGARI, KATIE PERALTA, JOSE RIVERA, JENNIFER CHIVITA, on behalf of themselves and others similarly situated,<br>*Plaintiff(s)*<br><br>v.<br><br>STEVEN LIDONNICI, ANDREW SPINARIS, TANIA SERPAS, ALL ISLAND COUNTER TOPS & MILLWORK, INC., ALL ISLAND MICA DESIGNS, INC., ABC CORP. d/b/a ALL ISLAND,<br>*Defendant(s)* | Civil Action No.  19cv3538(ENV)(SJB) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
STEVEN LIDONNICI, 8 Birch Avenue, Farmingdale, NY 11735;
ANDREW SPINARIS, 4 Grouse Place, Commack, NY 11725;
TANIA SERPAS, 321 Park Avenue, Freeport, NY 11520;
ALL ISLAND COUNTER TOPS & MILLWORK, INC., 275 Adams Blvd., Farmingdale, NY 11735;
ALL ISLAND MICA DESIGNS, INC., 9 Landsdowne Avenue, Merrick, NY 11566;
ABC CORP. d/b/a ALL ISLAND, 275 Adams Blvd., Farmingdale, NY 11735.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Marcus Monteiro, Esq.
Monteiro & Fishman LLP
91 N. Franklin Street, Suite 108
Hempstead, New York 11550

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date:  06/18/2019

*Deanna Rodin*
*Signature of Clerk or Deputy Clerk*